NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY SCOTT CHAIRMONT,          )
GDC ID #0001086419,               )
                                  )
            Appellant,            )
                                  )
v.                                )     Case No. 2D17-4303
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed October 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.